IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | §   CRIMINAL NO. H-09-591 |
| | § § § |
| FRANCISCO TREJO MONTOYA | § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 25). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 2, 2010, at 9:00 a.m.** Objections to the PSR are to be filed by May 21, 2010.

SIGNED on April 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge